FILED
CLERK, U.S. DISTRICT COURT

MAY - 5 2025

CENTRAL DISTRICT OF CALIFORNIA
BY                              DEPUTY

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 8:25-MJ-00354 |
| Plaintiff, | |
| v. | ORDER OF DETENTION AFTER HEARING |
| ANGEL JOSE PEREZ VALDIVIA, | [Fed. R. Crim. P. 32.1(a)(6); 18 U.S.C. § 3143(a)] |
| Defendant. | |

The defendant having been arrested in this District pursuant to a warrant issued by the United States District Court for the Southern District of California for alleged violations of the terms and conditions of his/her supervised release; and

The Court having conducted a detention hearing pursuant to Federal Rule of Criminal Procedure 32.1(a)(6) and 18 U.S.C. § 3143(a), hereby finds the following:

A. ( ) The defendant has not met his/her burden of establishing by clear and convincing evidence that he/she is not likely to flee if released under 18 U.S.C. § 3142(b) or (c).

B. ( ) The defendant has not met his/her burden of establishing by clear and

1

convincing evidence that he/she is not likely to pose a danger to the safety of any other person or the community if released under 18 U.S.C. § 3142(b) or (c).

These findings are based on allegations of Defendant's drug use and rearrest for domestic violence resulting in a restraining order against him.

IT THEREFORE IS ORDERED that the defendant be detained pending the preliminary hearing and/or final revocation proceedings in the charging district.

Dated: 05/05/2025

/s/ Autumn D. Spaeth
HONORABLE AUTUMN D. SPAETH
United States Magistrate Judge